**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil / Criminal  No. 04-12414-GAO

   Title:   STEPHEN GOLASH, ET AL V. HOUSEHOLD FINANCE CORP., ET AL

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge George A. O'Toole, Jr. has been transferred to Judge Michael A. Ponsor for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials   MAP  .

Thank you for your cooperation in this matter.

                    TONY ANASTAS
                    CLERK OF COURT


            By:   /s/ Mary Finn
                    Deputy Clerk

Date:   December 1, 2004


__X__   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel


(Notice of Transfer.wpd - 12/98)                              [ntccsasgn.]