UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12414-MAP

STEPHEN GOLASH and SUSAN GOLASH,
    Plaintiffs,

v.

HOUSEHOLD FINANCE CORPORATION II,
PATRICIA A. DAVIS, RICHARD J. VOLPE,
and SHECHTMAN HALPERIN SAVAGE, LLP,
    Defendants.

**MOTION TO REMAND CASE TO STATE COURT**

Plaintiffs Stephen Golash and Susan Golash hereby move for an order remanding this action to the state court from which it came, Hampshire County Superior Court, on the grounds that this Court lacks subject matter jurisdiction and the removing Defendants have not satisfied all procedural requirements for removal. This motion is supported by the accompanying Memorandum In Support of Motion To Remand and the papers and records on file herein.

## COUNSEL CERTIFICATION

Plaintiffs' counsel hereby certifies that she has conferred with counsel for the removing party in a good faith effort to resolve this motion. Local Rule 7.1(A)(2).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.2(D), Plaintiffs request oral argument of this motion.

                                                  2

Plaintiffs Steven Golash and Susan Golash

Dated: December 13, 2004        By: /s/ Patricia A. Szumowski
PATRICIA A. SZUMOWSKI
Attorney for Plaintiffs
GRAHAM & ALBANO, P.C.
100 Russell Street, P.O. Box 377
Hadley, MA  01035
(413) 586-5055
BBO No.: 653839
pszumowski@krypto.net