## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN GOLASH and SUSAN GOLASH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION No. 04-12414-MAP |
| HOUSEHOLD FINANCE CORP. II, PATRICIA A. DAVIS, RICHARD J. VOLPE, and SHECHTMAN, HALPERIN SAVAGE, LLP, | ) ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION CONCERNING TIME TO RESPOND TO MOTION TO REMAND

The plaintiffs, Stephen Golash and Susan Golash, and the defendants Patricia Davis, Richard Volpe and Shechtmen, Halperin & Savage, LLP (hereinafter, collectively, "movants"), hereby stipulate that the response by the movants to the plaintiffs' Motion to Remand to State Court will be filed on or before December 31, 2004, a four-day enlargement of time from the original deadline of December 27, 2004.

| | |
|---|---|
| Respectfully submitted, | Patricia Davis, Richard Volpe and |
| Stephen Golash and Susan Golash | Shechtman, Halperin, Savage, LLP |
| By their attorneys, | By their attorneys, |
| | |
| _/s/_____ | _/s/_____ |
| Patricia Szumowski, Esq. | Joseph S. Berman, Esq. |
| BBO No. 653839 | BBO No. 566006 |
| Graham & Albano | Berman & Dowell |
| 100 Russell St. | 210 Commercial St. |
| Hadley, MA 01035 | Boston, MA 02109 |
| 413-586-5055 | 617-723-9911 |

CERTIFICATE OF SERVICE

    I, Joseph S. Berman, hereby certify that on this 23rd day of December, 2004, I filed a copy of the foregoing electronically.

                                                 ___/s/_____
                                                 Joseph S. Berman