UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN GOLASH AND
SUSAN GOLASH,
    Plaintiffs,

VS.

HOUSEHOLD FINANCE CORPORATION II,
PATRICIA A. DAVIS, RICHARD J. VOLPE,
and SHECHTMAN HALPERIN SAVAGE, LLP
    Defendants.

C.A. NO: 1:04-CV-12414-GAO

## RESPONSE OF DEFENDANT HOUSEHOLD FINANCE CORPORATION II TO PLAINTIFFS' MOTION TO REMAND

Defendant, Household Finance Corporation II ("Household"), hereby responds to the Plaintiffs' Motion to Remand as follows:

1. Without acknowledging that Household's assent to the original removal was required, Household hereby assents to the original Motion to Remove this matter to federal court.

2. In response to Plaintiffs' Motion to Remand the case to state court, Household respectfully opposes the Motion to Remand and Household and adopts the arguments set forth in the Memorandum in Opposition to the Motion to Remand filed on behalf of defendants Patricia A. Davis, Richard J. Volpe, and Shectman, Halperin & Savage, LLP.

Respectfully submitted,
Defendant,
HOUSEHOLD FINANCE CORPORATION II

By its attorneys,

*[signature]*

John A. Markey, Jr., Esquire
Moses Smith & Markey
50 Homes Wharf
New Bedford MA 02740
(508) 993-9711

DATED: January 4, 2005

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that he caused a true and accurate copy of the within Answer to be served on this 4th day of January 2005, via facsimile and regular mail, postage prepaid, upon the following counsel of record:

Patricia A. Szumowski, Esquire
Graham & Albano, P.C.
100 Russell Street
P.O. Box 377
Hadley, MA 01035-0377

Joseph Berman, Esquire
Berman & Dowell
210 Commercial St.
Boston, MA 02109

*[signature]*

John A. Markey, Esquire